**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:    Angela M. Britton                                        Case Number:    15-50597
          Debtor

# ORDER CONFIRMING PLAN
# FILED ON 3/30/2015, Court Doc. # 2

# WITH AMENDMENT(S), Court Doc. #26

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Angela M. Britton
1773 Bellows Mill Road
Harrodsburg, KY  40330

ATKINSON, RYAN R.
ATKINSON, SIMMS & KERMODE
1608 HARRODSBURG ROAD
LEXINGTON , KY  40504

UNITED CONSUMER FINCL SERVICES
% BASS & ASSOCIATES P C
3936 E FORT LOWELL RD, STE 200
TUCSON, AZ  85712

LERNER, SAMPSON & ROTHFUSS
P O BOX 5480
CINCINNATI, OH  45201-5480

STOLL KEENON OGDEN, PLLC
% STOLL KEENON OGDEN PLLC
300 W VINE ST   STE 2100
LEXINGTON, KY  40507